USDC SCAN INDEX SHEET






RICOTTA

CALIFORNIA STATE

TB    2/23/98    18:43
3:97-CV-01667
*68*
*MO.*

# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RICOTTA vs CALIFORNIA STATE   C.V. NO. 97-1667-J(CJA)

HON. NAPOLEON A. JONES, JR   DEPUTY CLERK: LORETTA SMITH   J. VANBRAEMER
COURT REPORTER

## ATTORNEYS

| PLAINTIFFS | DEFENDANTS |
|---|---|
| THOMAS RICOTTA (PRO-PER) | DINA GOLDMAN |
|  | MATTHEW MURPHEY |
|  | KAREN WALTER |
|  | DEBORAH MCCARTHY |
|  | JOHN FARRELL |

PROCEEDINGS: _____ IN CHAMBERS __X__ IN COURT _____ TELEPHONIC____

HEARING RE:

MOTION TO DISMISS - TAKEN UNDER SUBMISSION, COURT TO PREPARE ORDER WITHIN TEN COURT DAYS.

FEBRUARY 17, 1998

DEPUTY INITIALS